**No. 61097.**—A. Giurlani & Bro. et al. *v*. United States, protests 299176–K, etc. (San Francisco).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of clams, other than razor clams, packed in airtight containers, the claim of the plaintiffs was sustained.

**No. 61098.**—Quong Yuen Shing et al. *v*. United States, protests 293480–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to that the subject of Abstract 60311, the claim of the plaintiffs was sustained.

**No. 61099.**—Wah Nan Trading Co. et al. *v*. United States, protests 275488–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to that the subject of Abstract 60311, the claim of the plaintiffs was sustained.